No. 1121. Finn, Trustee, *v.* 415 Fifth Avenue Co., Inc. May 7, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied.

*Mr. Joseph Lorenz* for petitioner. *Messrs. Lowell M. Birrell* and *Theodore E. Larson* for respondent.